IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GONUL CAGLAR,

      Appellant,

v.

NORTHWEST FLORIDA
BEACHES AIRPORT a/k/a
NORTHWEST FLORIDA-
PANAMA CITY
INTERNATIONAL AIRPORT
f/k/a PANAMA CITY BAY
COUNTY AIRPORT &
INDUSTRIAL DISTRICT a/k/a
PANAMA CITY BAY COUNTY
AIRPORT,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-842

_____/

Opinion filed October 16, 2015.

An appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

Richard Hinds, Jacksonville, for Appellant.

Michael C. Siboni and Paige A. Bitter of Siboni & Buchanan, PLLC, Ocala, for
Appellee.


PER CURIAM.

      AFFIRMED.

LEWIS, WETHERELL, and MAKAR, JJ., CONCUR.